# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,        )<br>                                                  )<br>            Plaintiff,                 )<br>                                                  )<br>vs.                                           )<br>                                                  )<br>Joshua Vincent Ramirez,      )<br>                                                  )<br>            Defendant.            ) | **PRETRIAL STATUS CONFERENCE**<br><br>Case No. 1:25-cr-00200 |

The undersigned shall hold a pretrial status conference with counsel by telephone on February 3, 2026, at 10:00 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 7th day of October, 2025.

>  */s/ Clare R. Hochhalter*
>  Clare R. Hochhalter, Magistrate Judge
>  United States District Court